**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

MAURICE OAKLEY CLAY,

    Petitioner,

v.                                                                 Case No. 11-13868

DAVID BERGH,

    Respondent.

                                                        /

**ORDER DENYING PETITIONER'S MOTION FOR PRODUCTION OF DOCUMENTS
AND MOTION FOR RECONSIDERATION**

      Maurice Clay moves for the production of documents and for reconsideration of an order denying his motion to appoint counsel. He continues to "provide[] no good reason to believe the State has withheld" documents. (Dkt. # 14.) He continues to raise no good reason to conduct discovery. *See* Rule 6(a), Rules Governing Section 2254 Cases. And he identifies no defect in the order denying the motion to appoint counsel. *See* E.D. Mich. LR 7.1(h)(3). Accordingly,

      IT IS ORDERED that the motions for the production of documents and for reconsideration [Dkt. # 17] are DENIED.

                                                   s/Robert H. Cleland
                                                   ROBERT H. CLELAND
                                                   UNITED STATES DISTRICT JUDGE

Dated: September 11, 2013

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, September 11, 2013, by electronic and/or ordinary mail.

                                          s/Lisa Wagner
                                          Case Manager and Deputy Clerk
                                          (313) 234-5522