**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

MAURICE OAKLEY CLAY,

        Petitioner,

v.                                                      Case No. 11-13868

DAVID BERGH,

        Respondent.
        _____/

**ORDER DENYING PETITIONER'S MOTION FOR RECONSIDERATION**

Michigan prisoner Maurice Oakley Clay ("Petitioner") has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 challenging his state criminal proceedings. The matter before the court is Petitioner's motion for reconsideration of the court's order denying his request for an evidentiary hearing. [Dkt. # 20.]

The court finds no reason to reconsider its prior ruling. A motion for reconsideration which presents issues already ruled upon, either expressly or by reasonable implication, will not be granted. *Hence v. Smith*, 49 F. Supp. 2d 547, 550 (E.D. Mich. 1999); *Czajkowski v. Tindall & Assoc., P.C.*, 967 F. Supp. 951, 952 (E.D. Mich. 1997). Petitioner has not shown a palpable defect by which the court has been misled or that a different disposition must result from a correction thereof, as required by Local Rule 7.1(h)(3). Accordingly,

IT IS ORDERED that Petitioner's motion for reconsideration [Dkt. # 21] is DENIED.

      s/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated: November 7, 2013

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, November 7, 2013, by electronic and/or ordinary mail.

      s/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522

S:\Cleland\JUDGE'S DESK\C2 ORDERS\11-13868.CLAY.OrderDenyingMotReconsideration.jac.wpd

S:\Cleland\JUDGE'S DESK\C2 ORDERS\11-13868.CLAY.OrderDenyingMotReconsideration.jac.wpd