**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

MAURICE OAKLEY CLAY,

        Petitioner,

v.                                               Case No. 11-13868

DAVID BERGH,

        Respondent.
                                            /

**JUDGMENT**

      IT IS ORDERED AND ADJUDGED that pursuant to this court's Opinion and Order dated March 18, 2014 Judgment is entered in favor of Respondent David Bergh and against Petitioner Maurice Oakley Clay.

      Dated at Detroit, Michigan this 18th day of March, 2014.

                                                        DAVID J. WEAVER
                                                        CLERK OF THE COURT

                            BY:    <u>S/Lisa Wagner</u>
                                                Lisa Wagner, Case Manager and
                                                Deputy Clerk to
                                                Judge Robert H. Cleland
                                                (313) 234-5522