UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MAURICE CLAY,

        Petitioner,

Case No: 11-13868-DT

vs.

DAVID BERGH,

        Respondent.
_____/

**ORDER GRANTING APPLICATION TO PROCEED
ON APPEAL WITHOUT PREPAYMENT OF FEES AND COSTS**

The Petitioner has filed an "Application to Proceed Without Prepayment of Fees" on April 17, 2014 in the above matter. The Court has considered the application and believes that it should be granted, therefore,

IT IS ORDERED that the Petitioner's "Application to Proceed without Prepayment of Fees" is **GRANTED.**

        S/Robert H. Cleland
        ROBERT H. CLELAND
        UNITED STATES DISTRICT JUDGE

Dated: June 6, 2014

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, June 6, 2014, by electronic and/or ordinary mail.

        S/Lisa Wagner
        Case Manager and Deputy Clerk
        (313) 234-5522